UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.     Case No.  8:10-cv-1843-T-30AEP

THE CBE GROUP, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #4). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 7, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1843.dismiss 4.wpd